United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESSEX MANAGEMENT CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **SUZANNE RELANDER, ET AL.**, <br><br> Defendants. | Case No. 16-cv-01195-YGR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE** <br><br> Re: Dkt. No. 8 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation recommending this action be remanded to state court for further proceedings. (Dkt. No. 8.) No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the clerk is directed to **REMAND** this action to the Superior Court for the State of California, County of San Mateo, and to administratively close this case file.

**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**